# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FLOYD RAMSEY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. CIV-15-712-M |
| CHAD BEAR, Warden, | ) |
| Respondent. | ) |

## ORDER

On July 2, 2015, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's motion for leave to proceed *in forma pauperis* be denied and that this action be dismissed without prejudice unless petitioner pays the full filing fee to the Clerk of the Court by July 22, 2015. Petitioner was advised of his right to object to the Report and Recommendation by July 22, 2015. A review of the file reveals petitioner has filed no objection and has not paid the full filing fee.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on July 2, 2015;
(2) DENIES petitioner's motion for leave to proceed *in forma pauperis* [docket no. 4], and
(3) DISMISSES this action without prejudice based upon petitioner's failure to pay the filing fee.

**IT IS SO ORDERED this 30th day of July, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE